



FILED
VANESSA L. ARMSTRONG, CLERK

OCT 19 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT

FOR THE _Western_ DISTRICT OF _Kentucky_

(Full name of plaintiff(s))

Christopher Michael Johnson

vs

Case Number: 4:20 CV -180 JHM

(Full name of defendant(s))

(to be supplied by clerk of court)

Roy Washington, medical Provider,
Jason Woosley, Jailer et al. both
Individualy and in their Office Capacity's.

A.    PARTIES

1.    Plaintiff is a citizen of _Kentucky_, and is located at
(State)

Grayson Co Jail / 320 Shaw Station Road / Leitchfield, Ky 42754
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant Roy Washington / Jason Woosley
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Kentucky__

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __The Grayson County Detention Center__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

Starting at the end of Sep. 2020 up until now at the Grayson County Detention Center. I Chris Johnson made Roy Washington the medical provider aware of my permanent foot Injury I have Neuropathy in my left foot Which is the Cause of me staying in Exeruciating Cronic and Nerve Pain. I have provided medical documentation from my Orthopedic and Neurology Doctor's. I've turn in many of medical Request as well as Grievance form that State the Adequate treatment

I need to help With the level's of pain I'm having to deal With, and Roy Washington has Ignored and disregarded the level of treatment I'm entitled to. He has and Still is refusing to give me my 1200mgs of Gabapentin 3 time's a day for my Nerve pain. This is a 14th Amendment U.S. Constitutional Violation "Deliberate Indifferents" Jason Woosley, has also Violated my 14th Amendment right's under the U.S. Constitution I've turned in many of request to him as Well as Grievance form and he has been Deliberately Indifferent to my medical need's as Well he has refused to do anything about me suffering from pain and not receiving my med While I'm Within his Custody It is his responsibilty to reassure I'm receiving Adequate medical treatment While I'm Within his custody, he can not Say he did not Know it's been Clearly establised that I'm being deprived of my medication and he refuses to due anything.

C.    JURISDICTION

[✓]   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I'm requesting that I start receiving my 1200 mgs of Gabapentin 3 time's a day to help with my Neuropathy.

And I be awarded $ 150,000.00 dollars Also that the Judge within this civil matter due all that is Just

E.    JURY DEMAND

☐    Jury Demand – I want a jury to hear my case
                    OR

☑    Court Trial – I want a judge to hear my case

Dated this _15_ day of _Oct._____ 20 _20_.

Respectfully Submitted,

*Christopher M. Johnson*
Signature of Plaintiff

# 146880
Plaintiff's Prisoner ID Number

Grayson County Detention Center
320 Shaw Station Road / Litchfield, Ky 42754
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE
FILING FEE

☑    I DO request that I be allowed to file this complaint without paying the filing
fee. I have completed a request to proceed in the district court without
prepaying the fee and attached it to the complaint.

☐    I DO NOT request that I be allowed to file this complaint without prepaying the
filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
complaint.

Chris M. Johnson # 146880
Grayson County Detention Center
326 Shaw Station Road
Leitchfield, Ky 42754

Legal Mail

LOUISVILLE KY 400

16 OCT 2020 PM 2 L

GRAYSON COUNTY DETENTION CENTER

Office Of The Clerk
United States District Court
Room 126 Federal Building
423 Frederica ST.
Owensboro, Ky 42301 - 3013

42301-3013266