United States District Court
OF Law
For The Western District OF Kentucky

FILED
JAMES J. VILT, JR. - CLERK
SEP 22 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Christopher Michael Johnson
    Plaintiff

V.                          NO. 4:20-CV-P180-JHM

Roy Washinton
    Defendant

Plaintiff(s) Motion For Default Judgment For Relief Againts The Defendant Roy Washington.

Plaintiff is Moving for Default for all of the said reason's listed herein.

(1.) I've added a Copy of the Waiving Service OF Summons of the Defendant Roy Washington that is Dated 06/21/2021 and their should have been a Motion filed under Rule 12 or an answer to the Complaint Within 60 days from 06/21/2021 and today's Date is 09/20/2021 their was No response Within the allowed time by Law, and it's stated Within the Waiver OF The Service OF Summons If failed to do so, their would be a Default Judgment entered against the Defendant.

(2) Plaintiff is requesting For the amount OF Money that is listed within the Complaint as relief.

Respectfully Submitted,

Christopher Michael Johnson

Date: 09/20/2021

Chris M. Johnson #796224
40 S. Alabama St.
Indpls, IN 46204

Legal Mail

INDIANAPOLIS IN 460
20 SEP 2021 PM 6 L

MARION COUNTY JAIL
40 S. ALABAMA ST.
INDIANAPOLIS, IN 46204
the stamp benefits do not constitute
as having been deemed of an inmate
of the time of the correspondence
Marion County Jail regarding its content

To The Clerk of Court
Room 126 Federal Building
423 Frederica St.
Owensboro, Ky 42301-3013

42301-301325