## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

**CHRISTOPHER MICHAEL JOHNSON**                               **PLAINTIFF**

v.                                     **CIVIL ACTION NO. 4:20-CV-P180-JHM**

**ROY WASHINGTON** *et al.*                                       **DEFENDANTS**

## ORDER

This is a *pro se* prisoner civil-rights action brought pursuant to 42 U.S.C. § 1983. This matter is before the Court upon a third motion for default judgment filed by Plaintiff Christopher Michael Johnson (DN 42).

Under Fed. R. Civ. P. 55(a), a default judgment may be entered when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a). In his motion, Plaintiff argues that he is entitled to a default judgment because Defendant Washington did not timely file his answer.

Because the record reflects that Defendant Washington's answer was timely filed and that he has not failed to plead or otherwise defend this action, **IT IS HEREBY ORDERED** that the instant motion (DN 42) is **DENIED**.

Date: October 22, 2021

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
          Counsel of record
4414.011