UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO. 4:20-CV-00180-JHM

CHRISTOPHER MICHAEL JOHNSON                                           PLAINTIFF

v.

ROY WASHINGTON; JASON WOOSLEY                                         DEFENDANTS

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinions and Orders,

**IT IS HEREBY ORDERED** that Defendants are entitled to **JUDGMENT as a matter of law.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Joseph H. McKinley Jr., Senior Judge
United States District Court

January 12, 2022

cc:   Christopher Michael Johnson, *pro se*
      counsel of record